# 1715686

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDY DeJOIE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SALLIE MAE, INC.; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | :<br>:<br>:<br>:<br>:　No. 5:13-cv-00437-MMB<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**MOTION OF DEFENDANT, SALLIE MAE, INC.,
TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

Defendant, Sallie Mae, Inc. ("Sallie Mae"), by and through its attorneys, Stradley Ronon Stevens & Young, LLP, hereby moves the Court to compel arbitration and stay these proceedings pursuant to the terms of the unambiguous Arbitration Agreements that govern the dispute in the above-captioned action. In support of this motion, Sallie Mae relies upon and incorporates by reference the accompanying Memorandum of Law and supporting Affidavit.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 /s/ Joseph T. Kelleher
　　　　　　　　　　　　　　　　　　　Eric M. Hurwitz
　　　　　　　　　　　　　　　　　　　Joseph T. Kelleher
　　　　　　　　　　　　　　　　　　　Stradley Ronon Stevens & Young, LLP
　　　　　　　　　　　　　　　　　　　2005 Market Street, Suite 2600
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19103
　　　　　　　　　　　　　　　　　　　(215) 564-8000
　　　　　　　　　　　　　　　　　　　(215) 564-8120 (fax)
　　　　　　　　　　　　　　　　　　　ehurwitz@stradley.com
　　　　　　　　　　　　　　　　　　　jkelleher@stradley.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant,*
　　　　　　　　　　　　　　　　　　　*Sallie Mae, Inc.*

Dated: April 16, 2013