UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Sandy DeJoie, | : |
| | : |
| | : Civil Action No.: 5:13-cv-00437-MMB |
| Plaintiff, | : |
| v. | : |
| | : |
| Sallie Mae, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Sandy DeJoie ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 13, 2014

                          Respectfully submitted,

                          PLAINTIFF, Sandy DeJoie

                          */s/ Jody B. Burton*
                          Jody B. Burton
                          Bar No.: 71681
                          LEMBERG LAW, LLC
                          1100 Summer Street, 3rd Floor
                          Stamford, CT 06905
                          Telephone: (203) 653-2250
                          Facsimile:  (203) 653-3424
                          Email: jburton@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 13, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          By  */s/ Jody B. Burton*
                                                Jody B. Burton